# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 17, 2022

## NO. 03-22-00181-CR

**Jonathan Webb, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH**
**AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.